FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2007 APR 13 AM 11: 57

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

In re: )
)
TONYA ARLEDGE, ) Case No. 4:06-MC-48
)
_____)

## O R D E R

Before the Court are Tonya Arledge's Complaints against Allison Maruca, Chatham County Police Department, John T. Mulvihill, Ben Affleck, Shelby Hoose, President George W. Bush, Pace Management, Cumulus Broadcasting, Charlize Theron, and the Federal Bureau of Investigation. Therein, Ms. Arledge repeats the same fanciful allegations that have previously been considered and rejected by this Court. Upon careful review, the Court finds that Ms. Arledge has failed to show good cause why this Court should reconsider its earlier decision that these Complaints lack an arguable factual basis and should be dismissed under 28 U.S.C. § 1915(e)(2). Accordingly, Ms. Arledge's Complaints against these Defendants are **DISMISSED**.

Additionally, Ms. Arledge has submitted a similar Complaint against the Central Intelligence Agency. Therein, Ms. Arledge alleges that the CIA has raped her and is using her identity for personal gain. She wishes to sue the CIA for: rape, sexual assault, invasion of privacy, exploitation, disrespect, sexual torture, obstruction of justice, unfair labor practices, defamation of character, stolen identity, stolen DNA, stole money theft, and

aggravated assault. She seeks relief in the amount of $100 Trillion Dollars. This new filing mirrors its predecessors and is both factually and legally frivolous. Therefore, her Complaint against the CIA is hereby **DISMISSED**.

Finally, Ms. Arledge has submitted her second Complaint against the United States Postal Service. See <u>Tonya Marie Arledge v. John E. Potter</u>, CV405-161 (S.D. Ga. Sept. 7, 2005). Again, this new filing is virtually identical to her prior suit, and Ms. Arledge has not provided the Court with any reason to disturb its previous findings dismissing her Complaint. Therefore, her renewed Complaint against the United States Postal Service is hereby **DISMISSED**.

SO ORDERED, this 13th day of April, 2007.

WILLIAM T. MOORE, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA